# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

COPY

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONNER, WILLIAM C. | United States District Court Southern District of New York | 04/13/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Senior United States District Judge | 5. Report Type (check appropriate type) ___ Nomination, Date _____  ___ Initial __X__ Annual ___ Final | 6. Reporting Period 01/01/04 to 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address United States Courthouse 300 Quarropas Street, Room 630 White Plains, New York 10601-4150 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X    NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X    NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2005 APR 19 A 9: 37 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X    NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE (No reportable non-investment income.)

1

2

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l Common Stock | A | Div. | M | T | | | | | |
| 2 Precision Castparts " " | A | " | M | T | | | | | |
| 3 Merichem Corp. " " | A | " | L | U | | | | | |
| 4 N.Y. Dorm. Auth. Bonds | B | Int. | K | T | | | | | |
| 5 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 6 N.Y. Dorm. Auth. " | B | " | | | Redemp. | 8/15 | K | | |
| 7 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 8 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 9 N.Y. Loc. Gov. Asst. " | A | " | | | " | 4/1 | K | | |
| 10 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 11 N.Y. Loc. Gov. Asst. " | B | " | | | " | 4/1 | M | | |
| 12 N.Y.C. Ser. G " | B | " | K | T | | | | | |
| 13 N.Y.C. Ser. J " | B | " | K | T | | | | | |
| 14 N.Y. UDC Correc. Fac. " | B | " | K | T | | | | | |
| 15 N.Y. Energy R&D " | B | " | K | T | | | | | |
| 16 N.Y. Trans. Fin. Auth. " | B | " | L | T | | | | | |
| 17 N.Y.C. Water Auth. " | D | " | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 N.Y. Dorm. Auth. Bonds | B | Int. | K | T | | | | | |
| 19 N.Y.C. Trans. Fin. Auth. " | B | " | K | T | | | | | |
| 20 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 21 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 22 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 23 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 24 L.I. Power Auth. " | C | " | L | T | | | | | |
| 25 Port Authority " | C | " | L | T | | | | | |
| 26 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 27 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 28 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 29 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 30 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 31 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 32 N.Y. Med. Care Facil. " | C | " | L | T | | | | | |
| 33 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 34 N.Y. Dorm. Auth. " | D | " | N | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust asse s) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No repor able income, assets, or transactions) | | | | | | | | | |
| 35  N.Y. Dorm. Auth.  Bonds | D | Int. | M | T | | | | | |
| 36  Triboro B & T Auth.  " | C | " | L | T | | | | | |
| 37  Met. Trans. Auth.  " | D | " | M | T | | | | | |
| 38  Met. Trans. Auth.  " | D | " | M | T | | | | | |
| 39  Met. Trans. Auth.  " | C | " | L | T | | | | | |
| 40  N.Y. Dorm. Auth.  " | D | " | M | T | | | | | |
| 41  N.Y. Urban Dev. Corp.  " | C | " | L | T | | | | | |
| 42  Met. Trans. Auth.  " | D | " | M | T | | | | | |
| 43  Triboro B & T Auth.  " | C | " | L | T | | | | | |
| 44  Port Authority  " | C | " | L | T | | | | | |
| 45  N.Y. Dorm. Auth.  " | C | " | L | T | | | | | |
| 46  Triboro B & T Auth.  " | C | " | L | T | | | | | |
| 47  N.Y. Dorm. Auth.  " | C | " | L | T | | | | | |
| 48  N.Y. Dorm. Auth.  " | C | " | L | T | | | | | |
| 49  N.Y. Environ. Fac.  " | C | " | L | T | | | | | |
| 50  Port Authority  " | D | " | M | T | | | | | |
| 51  N.Y. Gen. Oblig.  " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 4  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52  N.Y. Dorm. Auth.           Bonds | C | Int. | L | T | | | | | |
| 53  Triboro B & T Auth.        " | D | " | M | T | | | | | |
| 54  Triboro B & T Auth.        " | D | " | M | T | | | | | |
| 55  N.Y.C. Trans. Fin. Auth.   " | D | " | M | T | | | | | |
| 56  L.I. Power Auth.           " | B | " | L | T | | | | | |
| 57  Triboro B & T Auth.        " | D | " | M | T | | | | | |
| 58  N.Y.C. Mun. Water Auth.    " | D | " | M | T | | | | | |
| 59  Triboro B & T Auth.        " | D | " | M | T | | | | | |
| 60  N.Y.C. Mun. Water Auth.    " | B | " | K | T | | | | | |
| 61  N.Y. Environ. Fac.         " | B | " | L | T | Buy | 1/6 | L | | |
| 62  N.Y. Environ. Fac.         " | C | " | M | T | " | 2/3 | M | | |
| 63  N.Y. Environ. Fac.         " | B | " | L | T | " | 2/12 | L | | |
| 64  N.Y. Environ. Fac.         " | C | " | M | T | " | 3/4 | M | | |
| 65  Wash. & Warren Cos.        " | C | " | M | T | " | 3/22 | M | | |
| 66  L.I. Power Auth.           " | C | " | M | T | " | 3/23 | M | | |
| 67  N.Y.C. Mun. Water Auth.    " | C | " | M | T | " | 4/2 | M | | |
| 68  N.Y. Dorm. Auth.           " | B | " | L | T | " | 5/3 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 Madison Co. N.Y. Bonds | B | Int. | L | T | Buy | 6/2 | L | | |
| 70 N.Y.C. Mun. Water Auth. " | B | " | L | T | " | 6/24 | L | | |
| 71 Port Authority " | B | " | L | T | " | 7/6 | L | | |
| 72 N.Y. Environ. Fac. " | B | " | M | T | " | 8/4 | M | | |
| 73 L.I. Power Auth. " | B | " | M | T | " | 8/4 | M | | |
| 74 N.Y. Environ. Fac. " | B | " | M | T | " | 10/1 | M | | |
| 75 N.Y. Environ. Fac. " | B | " | M | T | " | 10/4 | M | | |
| 76 N.Y. Environ. Fac. " | A | " | L | T | " | 10/18 | L | | |
| 77 N.Y.C. Mun. Water Auth. " | A | " | M | T | " | 11/2 | M | | |
| 78 N.Y. Dorm. Auth. " | A | " | L | T | " | 12/2 | L | | |
| 79 N.Y.C. Mun. Water Auth. " | A | " | L | T | " | 12/28 | L | | |
| 80 First Trust Ins. Munic.: Bonds | | | | | | | | | |
| 81 Series 19 | A | Int. | J | T | | | | | |
| 82 Series 22 | A | " | J | T | | | | | |
| 83 Insured "Munic. Inc. Trust: Bonds | | | | | | | | | |
| 84 Series 21 | A | " | J | T | | | | | |
| 85 Series 64 | A | " | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 86    Series 73 | A | Int. | J | T | Partial Redemp. | 9/25 | J | | |
| 87    Empire Gtd. Mun. ExTrust:  Bonds | | | | | | | | | |
| 88    Series 29 | A | Int. | J | T | Partial Redemp. | 12/1 | J | | |
| 89    Series 36 | A | " | J | T | " | 12/1 | J | | |
| 90    Series 41 | A | " | J | T | " | 6/1 | J | | |
| 91    Series 58 | A | " | | | Redemp. | 4/1 | J | | |
| 92    Series 63 | A | " | J | T | Partial Redemp. | 12/1 | J | | |
| 93    Series 64 | A | " | J | T | " | 6/1 | J | | |
| 94    Series 74 | A | " | K | T | | | | | |
| 95    Series 80 | A | " | J | T | " | 9/1 | J | | |
| 96    Series 84 | A | " | | | Redemp. | 4/20 | J | | |
| 97    Series 87 | B | " | J | T | Partial Redemp. | 10/15 | K | | |
| 98    Series 91 | B | " | J | T | " | 12/1 | J | | |
| 99    Series 98 | C | " | K | T | " | 5/1 | J | | |
| 100   Series 100 | C | " | J | T | " | 6/4 | J | | |
| 101   Series 102 | B | " | | | Redemp. | 1/15 | J | | |
| 102   Series 104 | C | " | | | " | 6/8 | L | | |
| 103   Series 105 | B | " | | | " | 9/1 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 Series 106 | B | Int. | | | Redemp. | 9/15 | K | | |
| 105 Series 107 | D | " | | | " | 10/1 | M | | |
| 106 Series 108 | C | " | J | T | Partial Redemp. | 8/1 10/15 | K | | |
| 107 Series 109 | C | " | | | Redemp. | 9/15 | K | | |
| 108 Series 110 | B | " | J | T | Partial Redemp. | 8/1 10/15 | K | | |
| 109 Series 111 | B | " | | | Redemp. | 8/1 | J | | |
| 110 Series 112 | C | " | K | T | Partial Redemp. | 6/1 | J | | |
| 111 Series 113 | D | " | | | Redemp. | 8/1 | L | | |
| 112 Series 114 | C | " | K | T | Partial Redemp. | 1/15 3/15 | J | | |
| 113 Series 115 | B | " | J | T | | | | | |
| 114 Series 116 | C | " | K | T | " | 1/15 9/15 | K | | |
| 115 Series 118 | B | " | J | T | " | 8/1 | K | | |
| 116 Series 119 | C | " | K | T | " | 6/1 | J | | |
| 117 Series 120 | B | " | K | T | " | 10/1 | J | | |
| 118 Series 122 | D | " | L | T | | | | | |
| 119 Series 124 | C | " | L | T | " | 8/1 9/15 | K | | |
| 120 Series 125 | C | " | K | T | " | 8/1 9/15 | K | | |
| 121 Series 126 | C | " | K | T | " | 3/15 8/1 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/13/05 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 122 | Series 127 | C | Int. | L | T | Partial Redemp. | 2/1 | K | | |
| 123 | Series 128 | B | " | K | T | " | 7/15 | K | | |
| 124 | Series 129 | C | " | L | T | " | 9/1 | K | | |
| 125 | Series 130 | B | " | K | T | | | | | |
| 126 | Series 131 | D | " | L | T | | | | | |
| 127 | Series 132 | D | " | L | T | | | | | |
| 128 | Series 133 | D | " | L | T | " | 9/15 | K | | |
| 129 | Series 134 | B | " | K | T | " | 6/1 | J | | |
| 130 | Series 135 | D | " | L | T | | | | | |
| 131 | Series 136 | C | " | K | T | " | 5/1 | J | | |
| 132 | Series 137 | C | " | K | T | | | | | |
| 133 | | | | | | | | | | |
| 134 | The Bank of New York | A | Int. | L | T | | | | | |
| 135 | (Account in names of ██████ self at Dobbs Ferry, N.Y. branch) | | | | | | | | | |
| 136 | Astoria Federal Savings | A | " | J | T | | | | | |
| 137 | (Savings account in ████ name at Hastings, N.Y. branch) | | | | | | | | | |
| 138 | Farm, Itasca, Texas | A | Rent | K | W | | | | | |
| 139 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WILLIAM C. CONNER | Date of Report<br>04/13/05 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature     Date _April 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

WILLIAM C. CONNER

UNITED STATES DISTRICT JUDGE

**COPY**

June 1, 2005

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

RECEIVED 2005 JUN -7 A 11: 04 FINANCIAL DISCLOSURE OFFICE

Re:   2004 Financial Disclosure Report

Dear Judge Lisi:

Thank you for your letter of May 27, 2005 calling to my attention a discrepancy between my Financial Disclosure Reports for 2004 and 2003. The Empire Guaranteed Municipal Exempt Trust bonds, Series 29, listed at line 88 on page 6 of the 2004 Report were inadvertently omitted from my 2003 and earlier reports. This omission was recently discovered when I cross-checked a draft of the 2004 Report against an inventory of my investments.

I apologize for any inconvenience caused by this omission.

Sincerely,

William C. Conner

WCC:gs